AO 458 (Rev. 10/95) Appearance

# United States District Court
## *District of Rhode Island*

USA

v.

Michael Bowe

APPEARANCE

CASE NUMBER: CR01-45L

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Michael Bowe

I certify that I am admitted to practice in this court.

7/30/2008
*Date*

[illegible] P.C.
*Signature*

Anthony R. [illegible]
*Print Name*

3320
*Bar Number*

236 Broadway
*Address*

Prov. RI 02903
*City* *State* *Zip Code*

(401) 274-2424
*Phone Number*

274-4119
*Fax Number*

This form was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.