AO 442 (Rev. 08/07) Warrant for Arrest

# UNITED STATES DISTRICT COURT

## DISTRICT OF RHODE ISLAND

RECEIVED
U.S. MARSHALS SERVICE
JUL 29 2008
District of Rhode Island

UNITED STATES OF AMERICA

V.

MICHAEL BOWE

**WARRANT FOR ARREST**

Case Number: CR0[illegible]

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest MICHAEL BOWE
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

- ☐ Indictment
- ☐ Information
- ☐ Complaint
- ☐ Order of court
- ☐ Pretrial Release Violation Petition
- ☐ Probation Violation Petition
- ☑ Supervised Release Violation
- ☐ Violation Notice

charging him or her with (brief description of offense)
VIOLATION OF SUPERVISED RELEASE

☑ in violation of Title 18 United States Code, Section(s) 3583(e)(3)

☐ in violation of the conditions of his or her pretrial release imposed by the court.

☐ in violation of the conditions of his or her supervision imposed by the court.

| | |
|---|---|
| JEANNINE NOEL | J Noel |
| Name of Issuing Officer | Signature of Issuing Officer |
| DEPUTY CLERK | 07/29/2008 PROVIDENCE, RI |
| Title of Issuing Officer | Date and Location |

## RETURN

This warrant was received and executed with the arrest of the above-named individual at

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 07/29/08 | Robert D Young DUSM | Robert D Young |
| DATE OF ARREST 07/30/08 | | |